AO 238 (Rev. 06/19) Arrest Warrant and Notice Before Arrest

0628)

FILED
CLERK, U.S. DISTRICT COURT
10/29/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT
for the
## CENTRAL DISTRICT OF CALIFORNIA

CM/ECF Case No. 5:26-PO-00408-DTB

United States of America
v.
**IBARRAMONTALVO, JOSE G**
**72831 PIERCE ST**
**THERMAL, CA 92274**

*Defendant*

| Location Code(s)/Violation Number(s) | | Violation Date(s) |
|---|---|---|
| **CC49** | **E1521284** | **05/21/2026** |
| **Offense(s)** | | **Amount Due** |
| Lacking immigration paperwork | | $180.00 |

## ARREST WARRANT

To: Any authorized law enforcement officer

There is probable cause to issue this warrant for the arrest of the person identified above.

**YOU ARE COMMANDED** to arrest and bring this defendant before the nearest available United States magistrate judge without unnecessary delay to answer to these charge(s).

Click here for 10 pt font (3 lines of text)

If the defendant has paid the amount due, you may return this warrant unexecuted.

*Click here for 14 pt font (2 lines of text)*

Date and time issued: **09/01/2026 at 9:00 a.m.**

[signature]
*Judge's signature*
**HON DAVID T BRISTOW**

### Return

| | | |
|---|---|---|
| **Received** | Date: | Location: |

*Executed by the arrest of the defendant.*

| | | |
|---|---|---|
| **Arrested** | Date: 10/28/2026 | Location: Mecca, CA |

Name: Abel Rodriguez Title: Border Patrol Agent District: Central

Date: 10/28/2026 Signature: [signature]